UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § | |
| PLAINTIFF, | § § | |
| | § | CIVIL ACTION NO. 4:22-cv-00348 |
| v. | § § | |
| KATHERINE THOMAS AND ROBERT HERNANDEZ, | § § § | |
| DEFENDANTS. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

COME NOW ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY ("Plaintiff Allstate") and KATHERINE THOMAS and ROBERT HERNANDEZ ("Defendants") file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiff Allstate and Defendants, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiff no longer desires to prosecute this suit against Defendants.

**II.**

Plaintiff Allstate and Defendants move this Court to dismiss this case with prejudice as to Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff Allstate and Defendants respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,

*/s/ Tiffany A. Au*
Roger D. Higgins
State Bar No. 09601500
SDTX Bar No. 33282
rhiggins@thompsoncoe.com
Tiffany A. Au
State Bar No. 24075842
SDTX Bar No. 3708675
tau@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:	(214) 871-8200
Facsimile:	(214) 871-8209

**ATTORNEYS FOR PLAINTIFF ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

*/s/Joseph Synoradzki w permission*
Eric B. Dick
State Bar No. 24064316
SDTX Bar No. 1082959
eric@dicklawfirm.com
Joseph Synoradzki
State Bar No. 24088498
SDTX Bar No. 2677443
joe@dicklawfirm.com
**DICK LAW FIRM, PLLC**
3701 Brookwoods Drive
Houston, TX 77092
Phone: 832-207-2007

**COUNSEL FOR DEFENDANTS KATHERINE THOMAS AND ROBERT HERNANDEZ**